IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02049-AP

CHARLES D. GARCIA,

    Plaintiff,

v.

LINDA S. McMAHON,[1] Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
William J. La Croix
Post Office Box 6067
Denver, CO  80206-0067
Telephone:  (303) 449-5297
Facsimile:  (303) 733-2953

<u>For Defendant:</u>

TROY A. EID
United States Attorney

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

KURT J. BOHN
Assistant United States Attorney

Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.** **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.** **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.** **Date Complaint Was Filed:** October 14, 2006

    **B.** **Date Complaint Was Served on U.S. Attorney's Office:**  October 18, 2006

    **C.** **Date Answer and Administrative Record Were Filed**:  January 26, 2007

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the Administrative Record is not complete.

Defendant states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, the Administrative Record appears to be complete.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Plaintiff will submit evidence submitted to the Appeals Council on April 24, 2006 that was not considered in the Appeals Council decision dated August 21, 2006.

    Defendant states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, there does not appear to be any additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties state that this case raises no unusual claims or defenses.

7.  **OTHER MATTERS**

    None.

8.  **PROPOSED BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief Due:**  March 15, 2007

    B.  **Defendant's  Response Brief Due:**  April 16, 2007

    C.  **Plaintiff's  Reply Brief (If Any) Due:**  May 1, 2007

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**  Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.  **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**      **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 12th day of February, 2007

                                          BY THE COURT:

                                           <u>*S/John L. Kane*</u>
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

s/ William J. La Croix  
William J. La Croix  
Post Office Box 6067  
Denver, CO  80206-0067  
Telephone:  (303) 449-5297  

Attorney for Plaintiff

TROY A. EID  
UNITED STATES ATTORNEY  

s/Kurt J. Bohn  
KURT J. BOHN  
Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov  

s/Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorneys for Defendant