IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2049-AP**

**CHARLES D. GARCIA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #15), filed March 8, 2007. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  March 8, 2007.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT